BURNS, Respondent, v. BURNS, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by John J. Burns against Minerva Burns. No opinion. Interlocutory judgment affirmed, without costs.

BURNS, Respondent, v. CULP et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 2, 1912.) Action by Delia Burns, as administratrix, etc., against Ernest M. Culp and another. No opinion. Judgment and order unanimously affirmed, with costs.

BUSHBY v. BERKELEY. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by James C. Bushby against Lancelot M. Berkeley. No opinion. Motion granted, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 563.

In re BUSHNELL'S WILL. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) In the matter of proving the last will and testament of Luther Bushnell, deceased.
PER CURIAM. Decree unanimously affirmed, with costs to special guardian appellant, and to respondent, both payable out of the estate.
SMITH, P. J., not sitting.

CALDWELL v. BAKER. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Edward Caldwell, as sole surviving executor, etc., of Harry Hudson Baker, deceased, against Frank C. Baker.
PER CURIAM. We think that section 1001 of the Code of Civil Procedure contemplates a hearing upon a case and exceptions, settled and signed by the judge or by the referee. Green v. Roworth, 4 Misc. Rep. 141, 23 N. Y. Supp. 777; Raynor v. Raynor, 94 N. Y. 251; Nichols' N. Y. Practice, vol. 3, p. 2726; Rumsey's Practice, vol. 2, p. 510. The case presented must be printed (rule 43), and we see no special reason for a dispensation in this instance. As the purpose of the procedure prescribed by the said section is said to be facilitation of the proceedings and possibly the saving of the expenses of a reference, in that this court might upset the interlocutory decree (Nichols, supra; Church v. Kidd, 3 Hun, 263), the court will upon a proper showing stay the proceedings before a referee. But the motion papers presented do not justify such an order in this case. Motion denied, without costs.

CALLAHAN v. GREIS et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by John Callahan against Andrew Greis and another. No opinion. Motion denied, without costs. See, also, 133 N. Y. Supp. 1114.

CALLAHAN v. MATUS et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Michael J. Callahan against Michael Matus and others. No opinion. Judgment affirmed by default, with costs.

In re CAMPBELL. (Supreme Court, Appellate Division, First Department. May 10, 1912.) In the matter of Patrick A. Campbell. No opinion. Respondent disbarred. Settle order on notice.

CARNETT, Respondent, v. H. H. FRANKLIN MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by John B. Carnett against the H. H. Franklin Manufacturing Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

CARROLL, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. May 15, 1912.) Action by Lillian L. Carroll against the State of New York. No opinion. Motion denied. See, also, 73 Misc. Rep. 516, 133 N. Y. Supp. 274.

CARVEL, Respondent, v. BINDSELL, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Richard Carvel against Herman F. Bindsell, impleaded with others. B. G. Oppenheim, for appellant. E. J. Murphy, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CASCADE HOTEL CO., Respondent, v. ORLEANS REAL ESTATE CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Cascade Hotel Company against the Orleans Real Estate Company. W. L. Stone, for appellant. A. W. Otis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CASEY, Respondent, v. WOLLF, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Lillian Casey, an infant, etc., against Martin E. Wollf, as executor, etc.
PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal. Held, that the complaint is insufficient, in that no breach of the alleged agreement is alleged.

In re CATSKILL TRACTION CO. (Supreme Court, Appellate Division, First Department. May 24, 1912.) In the matter of the Catskill Traction Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.